**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

FRANCIS JOHNSON,

    Plaintiff,

vs.

MINOR ADAMS, *et al.*,

    Defendants.

2:18-cv-00134-JCM-VCF

**ORDER**

    Before the Court is Defendants' Motion for An Extension of Time to file the Motion for Summary Judgment (ECF NO. 60).

    No opposition has been filed. Under LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion. Here, it would seem as though Plaintiff has consented to the granting of the instant motion.

    Accordingly,

    IT IS HEREBY ORDERED that Defendants' Motion for An Extension of Time to file the Motion for Summary Judgment (ECF NO. 60) is GRANTED.

    IT IS FURTHER ORDERED that the time to file motion(s) for summary judgment is extended to May 11, 2020. Joint Pretrial Order is due June 10, 2020. If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

    DATED this 24th day of April 2020.

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE