# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

FRANCIS JOHNSON,

        Plaintiff,

vs.

MINOR ADAMS, *et al.*,

        Defendants.

2:18-cv-00134-JCM-VCF

**ORDER**

On February 28, 2020, the undersigned referred this matter to the pro bono program. (ECF NO. 50).

The court has now been notified by potential pro bono counsel that Francis Johnson would like to proceed pro se on this matter.

Accordingly,

IT IS HEREBY ORDERED that this case is removed from the pro bono program.

DATED this 20th day of May, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE